45

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GLEN
MORDIS, Defendant-Appellant.

(No. 72-274;

Fifth District—July 12, 1973.

PER CURIAM.

John J. Hoban, of Belleville, for appellant.

Nicholas G. Byron, State's Attorney, of Edwardsville, (James J. Jerz
and Edward N. Morris, of Model District State's Attorney's Office, of
counsel,) for the People.

AGRICO CHEMICAL COMPANY, Petitioner-Appellant, *v.* THE ILLINOIS POL-
LUTION CONTROL BOARD *et al.,* Respondents-Appellees.

(No. 72-14;

Fifth District—July 18, 1973.